THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED 
 OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), 
 SCACR.
THE STATE OF SOUTH CAROLINA
 In The Supreme Court
 
 
 
 
 Theodore Bailey, Petitioner,
 
 
 

v.
 
 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Dorchester County
  Rodney A. Peeples, Post-Conviction Judge
 Jackson Gregory, Trial Judge

Memorandum Opinion No. 2004-MO-054
 Submitted September 23, 2004  Filed October 11, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 
 Assistant Appellate Defender Robert M. Pachak, Office of Appellate 
 Defense, of Columbia, for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, and Assistant Attorney General Elizabeth McMahon, 
 Office of the Attorney General, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful review of the Appendix and Briefs, we dismiss 
 the writ of certiorari as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.